Eugene Hamilton T-33081
P.O. Box 1050 Salinas Valley State Prison
Soledad Calif 93960

IN Pro-Se

2254  1983
FILING FEE PAID
Yes   No
IFP MOTION FILED
Yes   No
COPIES SENT TO
Court   Pro Se

FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

United States District Court
Southern District of California

| | |
|---|---|
| Eugene Hamilton<br>Plaintiff<br><br>vs.<br><br>L. Robles, et al<br>Defendants | Civil Act No. '08 CV 1531 WQH BLM<br>Plaintiffs Motion for<br>Appointment of Counsel |

Plaintiff pursuant to 28 USC 1915(e)(1) motions the court for an appointment of counsel to represent plaintiff in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel, and has requested leave to proceed in forma pauperis.

2. Plaintiffs imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has very limited access to the law library.

1.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated attempts to obtain a lawyer.

5. Plaintiff more than likely during the early stages of this litigation will be recovering from surgery to remove his cracked "L5-S1" disk, thus rendering plaintiff unable to faithfully litigate this action.

Wherefore, plaintiff request that the court appoint Yagman & Yagman & Reichmann, attorney at law 723 Ocean Front Walk Venice Calif 90291 who is a member of the California State Bar as counsel in this case.

Dated: August 12, 2008   Respectfully submitted:
  _Eugene Hamilton_
  Eugene Hamilton in Pro-Se

2.